Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-11-00755-CV

**IN RE** Carlos Y. **BENAVIDES,** JR. and wife, Leticia R. **BENAVIDES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Phylis J. Speedlin, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:  October 26, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On October 18, 2011, relators filed a petition for writ of mandamus and a motion for emergency relief. The court has considered relators' petition for writ of mandamus and is of the opinion that relators have not demonstrated they are entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011PB681L2, styled *In the Matter of the Guardianship of Carlos Benavides, Jr., An Incapacitated Person*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Jesus Garza presiding.